[No. 6878–1–III. Division Three. February 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LONNIE JAMES LINK, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–1–00663–6, John J. Ripple, J., entered December 12, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 7964–3–III. Division Three. February 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CLYDE JOSEPH HARTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 85–1–00063–8, Fred L. Stewart, J., entered June 12, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 7763–2–III. Division Three. February 2, 1988.]

GARY J. BUTLER, ET AL, *Appellants,* v. KIM BLUME, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 84–2–01180–4, Albert J. Yencopal, J., entered March 14, 1986. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.